Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____

Plaintiff(s)

Civil Action No. **07-1348  (RMC)** ____

v.

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBER 3584940

_____

Defendant(s)

RE:  ALL PROPERTY IN/UNDERLYING
     E-GOLD ACCOUNT NUMBER 3584940

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✳ and copy of the complaint on October 11, 2007 , and an affidavit on behalf of the plaintiff having been filed, it is this __2nd__ day of ____July____, __2008__ declared that defendant(s) is/are in default.

✳ a Warrant of Arrest in Rem

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        T. Gumiel
        Deputy Clerk